# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2012

Rehearing No. 581

1/October 2011

142076 (22)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

IN RE

HONORABLE JAMES M. JUSTIN
JUDGE, 12th DISTRICT COURT

SC: 142076

JTC Formal Complaint 87

_____/

The motion for rehearing is considered, and it is DENIED. The Judicial Tenure Commission's bill of costs is considered, and the respondent, James M. Justin, is ordered to pay costs of $7,657.86 to the Commission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2012

Clerk

t0314